UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SEANA CROMITIE,

                      Plaintiff,                            23-cv-04383 (JGLC) (VF)

      -against-                                     **ORDER**

IGLOO PRODUCTS CORP.,

                      Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      Defendant's answer to Plaintiff's complaint was due by October 6, 2023. ECF No. 12. However, Defendant has neither answered, moved, nor otherwise responded to Plaintiff's complaint, which was filed on May 25, 2023. Defendant is directed to respond to the complaint or provide an explanation to the Court for the delay by no later than **Friday, October 20, 2023.** The Court will schedule an initial case management conference once a response to the complaint has been filed.

**SO ORDERED.**

DATED:    New York, New York
              October 12, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge