UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

SEANA CROMITIE, on behalf of herself and all others similarly
situated,

                                          Plaintiff,

      -v.-

IGLOO PRODUCTS CORP.,

                                        Defendants.

------------------------------------------------------------------------x

Civil Action No:
1:23-cv-4383

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: October 12, 2023

                                    Respectfully Submitted,

                                    */s/Mark Rozenberg*
                                    Mark Rozenberg, Esq.
                                    **Stein Saks, PLLC**
                                    One University Plaza
                                    Hackensack, NJ 07601
                                    mrozenberg@steinsakslegal.com
                                    Tel. 201-282-6500
                                    Fax 201-282-6501
                                    *Attorneys for Plaintiff*

## **Certificate of Service**

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 12th day of October, 2023                    Respectfully Submitted,

                                                            */s/ Mark Rozenberg*
                                                            Mark Rozenberg